Charlesetta Williams Statement
7-15-2023
318 703-1208

RECEIVED JUL 21 2023 TONY R. MOORE, CLERK BY: ___ DEPUTY

Federal Court Building
Western District of LA
300 Fannin St S-port LA 71101
Tom Stagg United Court House
Tony R. Moore Clerk of Court
Clerk Mark L. Hornsby STE 1167
Walter Collins Jr South
South Caddo Parish
3007 Gardonia St Cooper Rd
Dr. Martin Luther King Jr
Community S-port LA 71107
Paid nine S-port police
officer to come to my
home and put me in hospital
a state hospital L.S.U. Heath
Science University Heath
Ocher Hospital LA Behavior
Heath Kingshwy @ S-port LA 71103
under city ordinance ondiance
+ Jail S-port City Jail
755 Hope St S-port LA 71101
Caddo to felony arson 71101
under city ordiance criminal
charges United States Attorney
Office 300 Fannin St S-port
LA 71101 Iledal no police Report

Charlesetta Williams
318 703-1208  Statement
7-15-2023                              (2)
M-B-Kinder United Government
Dpt of Justice M-B-Kinder
Hased Mike Edwards Lt Hamilton
Office with his Lap-Top
Computer In car arrested
For Stalking Stalking by
Talking Touched of the Body
Breast the Heart attempted
Second Degree Murder In
S-port City Jail 755 Hope St
S-port LA 71101 He paid Ct
Hamilton money to kill me
and told that He did And
Officer Lt Hamilton Gave
Him A Lap-Top Computer
Of the Police Crime their Job
now their Lt Now A Black
Female Lt Sup S-port City
Jail 755 Hope St S-port
LA 71101 Lt Barry Newton
He Disc In their In Office
with Dis With them 755
Hope St S-port City Jail
In City Marshall Jon-Jon
name Charles Robenson M-B-Kinder
Hased 250 Lap-Top Computer
Stalking Device Janice Knight

Charlesetta Williams
318 703-1208
7-15-2023

STATEMENT
③

One out of 250 2999 Victor St S.port LA 71101 Dr Martin Luther King Jr Community Residents University Park Betty Smith Hased A Cap-Top Computer of the police 2859 RoundGrove Lane Rolland Smith B.G House on M.L.K Jr Dr who the police Gave To it Not where He Live it In Her House they were living Together then Rolland Smith 6-1-38 Warrant 3rd offense D.W.I. S.port police out on Bord Jump Bond the Sheriff Hased the Warrant For Him C.C-C- 1101 Formum Dr S.port LA 71101 Sheriff Steve proton the Disc is in Shop with the police pictures Allen Atkins Hand or Disc M.B.Kinser Bars took police car with me In Camera or Lot Corpal Davis Car me In Camera arrested 2 Counts Drinking public Felony Drug Note Sentence 30 day Rain Current with the Felony Drug Note

Charlesetta Williams
318 713-1308 ④
7-15-2023

M-B Kinder
Hased the machine
For the Disc &
Computer

Corpal Davis were out of
Her District she were not
work she came from her
home kindnapping 3706 Blk
Martin Luther King Jr O Dr
Cooper Road Dr Martin
Luther King Jr Community
S.port LA 71107 I were
Not At EC Smith I were
walking she stop me and
Got out of Car Handcuff
me prove me on the Business
She were their Mrs
Counselor Box C.C.C 1101
Formum Dr S.port LA 71101
W.M-H female mental Heath
Sheriff Steve-proton Stalking
Stalking By Talking Touched
of the Lady attempted second
Degree murder with A Lap-Top
Computer Stalking She Is Not
From out of the state South america
KKK S.port City Jail 755 Hope
St S.port LA 71101
Mrs. Counselor Box Daughter
For Stalking Stalking By Talking
Touched of the Body Oregon the Vagina

Charlesetta Williams                Statement
318 703-1208
7-15-2023

Attempted Second Degree Murder
Shreveport LA 71101 755 Hope
St S-port City Jail
755 Hope St S-port LA 71101
Caddo parish Court House
501 Texas St S-port LA 71101
5th Floor DA Criminal Section II
David Hilshere Head D.A.